UNITED STATES DISTRICT COURT

__EASTERN__   **District of**   __CALIFORNIA__

| | |
|---|---|
| SALLY CORTEZ,<br>      Plaintiff<br><br>V.<br><br>COMMISSIONER of SOCIAL SECURITY,<br>      Defendant | **ORDER ON APPLICATION<br>TO PROCEED WITHOUT<br>PREPAYMENT OF FEES**<br><br><br><br>CASE    1:11-AT-00145 |

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

__X__   GRANTED.

  __X__   The clerk is directed to file the complaint.

  __X__   IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐   DENIED, for the following reasons:

_____

_____

ENTER this   __21__<sup>st</sup>   day of   __March__ , __2011__ .

__/s/ Sandra M. Snyder__
Signature of Judicial Officer

__SANDRA M. SNYDER, U.S. MAGISTRATE JUDGE__
Name and Title of Judicial Officer