Sengthiene Bosavanh, Esq. #249801
Milam Law
948 11th Street, Suite 17
Modesto, California 95354
(209) 576-0817
   Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| Sally Cortez,<br>　　　Plaintiff,<br><br>　　v.<br><br>Commissioner of Social Security<br>　　　Defendant. | CASE NO. 1:11-CV-00474-SMS<br><br>STIPULATION AND ORDER<br>FOR EXTENSION OF TIME TO SUBMIT<br>PLAINTIFF'S CONFIDENTIAL BRIEF |

IT IS HEREBY STIPULATED by and between the parties that Plaintiff be granted a first-time 14-day extension of time to submit a confidential brief. The extension is requested due to Plaintiff's attorney's workload demands and the number and complexity of the issues in this case. The current due date for Plaintiff's Confidential Brief is September 6, 2011. The new due date will be September 20, 2011. The scheduling order should be modified accordingly.

Dated: September 6, 2011　　　　　　　　/s/ Sengthiene Bosavanh

　　　　　　　　　　　　　　　　　　　　SENGTHIENE BOSAVANH, ESQ.
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Dated: September 6, 2011　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　　　By: /s/Armond D. Roth
　　　　　　　　　　　　　　　　　　　　(as authorized via e-mail)
　　　　　　　　　　　　　　　　　　　　ARMOND D. ROTH
　　　　　　　　　　　　　　　　　　　　Special Assistant United States Attorney


IT IS SO ORDERED.

Dated:   September 6, 2011　　　　　　　　   /s/ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE